.

| | | |
|---|---|---|
| NICHOLAS I. QUAVE<br>6101 STACY LANE<br>BILOXI, MS 39532 | HANCOCK WHITNEY BANK<br>P.O. BOX 4019<br>GULFPORT, MS 39502 | US ATTY, SD OF MS<br>REP: US SMALL BUS ADM<br>1575 20TH AVE.<br>GULFPORT, MS 39501 |
| MICHAEL T. RAMSEY<br>SHEEHAN LAW FIRM<br>429 PORTER AVE<br>OCEAN SPRINGS, MS 39564 | IRS (P)<br>CENT INSOLVENCY OP<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | US ATTY, SD OF MS<br>REP: IRS<br>1575 20TH AVE.<br>GULFPORT, MS 39501 |
| AR RESOURCES, INC.<br>P.O. BOX 1056<br>BLUE BELL, PA 19422 | MIDLAND CREDIT MGMT<br>P.O. BOX51319<br>LOS ANGELES, CA 90051-5619 | US DEPT OF TREASURY<br>P.O. BOX 979101<br>SAINT LOUIS, MO 63197-9 |
| AW DERMATOPATHOLYGY<br>P.O. BOX 15259<br>NEW ORLEANS, LA 70175 | MRS BPO, LLC<br>1930 OLNEY AVE.<br>CHERRY HILL, NJ 08003 | US DEPT OF TREASURY<br>P.O. BOX 830794<br>BIRMINGHAM, AL 35283-07 |
| BANK PLUS<br>385 HIGHLAND COLONY PK<br>RIDGELAND, MS 39157 | MS POWER<br>P.O. BOX 245<br>BIRMINGHAM, AL 35201 | US SMALL BUS ADM<br>801 TOM MARTIN DR.<br>STE. 120<br>BIRMINGHAM, AL 35211 |
| CHASE USA BANK<br>P.O. BOX 15548<br>WILMINGTON, DE 19886-5548 | SINGING RIVER HEALTH<br>MAILSTOP: 79526847<br>P.O. BOX 660940<br>DALLAS, TX 75266-0940 | |
| COPELAND COOK TAYLOR<br>2781 CT SWITZER DR.<br>#200<br>BILOXI, MS 39531 | SOUTHERN FINANCIAL<br>P.O. BOX 15203<br>HATTIESBURG, MS 39404 | |
| ER ROOM GROUP<br>P.O. BOX 9130<br>DAYTONA BEACH, FL 32120-9130 | SYNCHRONY BANK<br>P.O. BOX 960061<br>ORLANDO, FL 32896-0061 | |
| FMA ALLIANCE, LTD<br>P.O. BOX 2409<br>HOUSTON, TX 77252-2409 | TRAVELERS<br>8100 SANDPIPER CIRCLE<br>STE. 204<br>NOTTINGHAM, MD 21236 | |