___

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: October 26, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE: NICHOLAS I. QUAVE            CHAPTER 7
                                                   NO. 18-51987 KMS

### ORDER GRANTING ADDITIONAL TIME
### TO FILE SCHEDULES AND STATEMENTS

THIS DAY, THIS CAUSE came before the Court on the Debtor's Motion for Additional Time to File Schedules and Statements (Dkt # 9 ), and the Court, having reviewed the Motion and finding same to be well-taken, is of the opinion that the Motion should be granted. Therefore, it is

. . .

ORDERED that Debtor, NICHOLAS I. QUAVE, is allowed until November 8, 2018, in which to file his schedules and statements with the Court.

##END OF ORDER##


Submitted by:
Michael Ramsey (#104978)
Sheehan Law Firm, PLLC
429 Porter Ave.
Ocean Springs, MS 39564
(228) 875-0572
(228) 875-0895 (fax)